(WDNC Rev. 05/11) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

AITHNETT TURNER

    *Plaintiff*
v.

ADMINISTRATIVE OFFICE
OF THE COURT
    *Defendant*

Civil Action No. 3:17CV307

### SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*
Administrative Office of the Courts
832 East 4th Street
Charlotte, NC 28202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AITHNETT TURNER
245 North 56th Street Unit 203
Mesa, AZ 85205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court

Date     6/7/2017

Case 3:17-cv-00307-FDW-DCK   Document 10   Filed 08/08/17   Page 1 of 8

(WDNC Rev. 05/11) Summons in a Civil Action

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

FILED
CHARLOTTE, NC

AUG 0 8 2017

US District Court
Western District of NC

This summon for *(name of individual and title, if any)*
ADMINISTRATIVE OFFICE OF THE COURTS
was received by me on *(date)* 08/02/2017 .

☐ I personally served the summons on the defendant at *(place)*_____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* JOHNATHAN R. HARRIS, who is designated by law to accept service of process on behalf of *(name of organization)* THE A.O.C. on *(date)* 08/03/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$ _____ .

I declare under penalty of perjury that this information is true.

Date: 08/03/2017

_____
Server's signature

MARC LUGO    PROCESS SERVER
Printed name and title

RECEIVED
CHARLOTTE, NC
AUG 0 8 2017
Clerk, US District Court
Western District of NC

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

AITHNETT TURNER

*Plaintiff*

v.

Civil Action No. 3:17CV307

ADMINISTRATIVE OFFICE
OF THE COURT

*Defendant*

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*
ADMINISTRATIVE OFFICE OF the Courts
832 EAST 4th STREET
Charlotte, NC 28202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AITHNETT TURNER
245 North 56th street UNIT 203
MESA, AZ 85205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank G. John* (signature)

Date 6/7/2017

Frank G. Johns, Clerk
United States District Court

(WDNC Rev. 05/11) Summons in a Civil Action

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* ADMINISTRATIVE OFFICE OF THE COURTS was received by me on *(date)* 08/02/2017.

☐ I personally served the summons on the defendant at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* MELISSA LOVELL, who is designated by law to accept service of process on behalf of *(name of organization)* A.O.C. on *(date)* 08/03/2017; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 08/03/2017

Server's signature

MARC LUGO   PROCESS SERVER
Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

AITHNETT TURNER

*Plaintiff*

v.

Civil Action No. 3:17cv307

*Defendant*

MECKLENBURG COUNTY CLERK
OF COURT SUPERIOR COURT
NC
Administrative Office

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

832 EAST 4th STREET
Charlotte, NC. 28202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AITHNETT TURNER
245 NORTH 56th STREET UNIT 203
MESA, AZ 85205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date 6/7/2017

Frank G. Johns, Clerk
United States District Court

(WDNC Rev. 05/11) Summons in a Civil Action

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*
MECKLENBURG COUNTY CLERK OF COURT, SUPERIOR COURT
was received by me on *(date)* 08/02/2017 .

☐ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☑ I served the summons on *(name of individual)* JOHNATHAN R. HARRIS ,
who is designated by law to accept service of process on behalf of *(name of organization)*
MECKLENBURG Co. COURT on *(date)* 08/03/2017 ; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:
_____

My fees are $_____ for travel and $_____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date: 08/03/2017

_____
Server's signature

MARC LUGO   PROCESS SERVER
Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

AITHNETT TURNER

*Plaintiff*

v.  Civil Action No. 3:17cv307

*Defendant*

MECKLENBURG COUNTY CLERK OF COURT SUPERIOR COURT NC Administrative Office

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

832 EAST 4th STREET
Charlotte, NC. 28202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AITHNETT TURNER
245 NORTH 56th STREET UNIT 203
MESA, AZ 85205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*[signature]* Frank G. Johns

Frank G. Johns, Clerk
United States District Court

Date  6/7/2017

Case 3:17-cv-00307-FDW-DCK  Document 10  Filed 08/08/17  Page 7 of 8

(WDNC Rev. 05/11) Summons in a Civil Action

Civil Action No. _____

US District Court
Western District of NC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
MECKLENBURG COUNTY CLERK OF COURT, N.C. ADMINISTRATION OFFICE
was received by me on *(date)* __08/02/2017__.

☐ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __MELISSA LOVELL__,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* __08/03/2017__; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$ _____.

I declare under penalty of perjury that this information is true.

Date: __08/03/2017__

_____
Server's signature

__MARC LUGO    PROCESS SERVER__
Printed name and title