IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Case No.

|  |  |  |
|---|---|---|
| Plaintiff(s), | ) ) ) ) ) ) ) ) ) ) | MOTION FOR APPOINTMENT OF PROGRAM ATTORNEY |
| v. |  |  |
| Defendant(s). |  |  |

Pursuant to the Pro Se Settlement Assistance Program of the Western District of North Carolina ("Program"), _____ (hereinafter referred to as the "Pro Se Litigant") and _____ respectfully request that _____ be appointed as settlement counsel for the Pro Se Litigant in the above-referenced matter and that an Order for Referral to the Pro Se Settlement Assistance Program be entered.

In support of this Motion, the Pro Se Litigant and _____ show as follows:

1. The Pro Se Litigant has been advised of the Program and has voluntarily elected to participate in the Program.
2. _____ has been contacted by the Clerk and has agreed to serve in the capacity of settlement counsel for the Pro Se Litigant in this matter pursuant to the Program guidelines.
3. _____ will not enter into any fee collection agreement or otherwise seek compensation from the Pro Se Litigant for the performance of this limited representation.
4. The Pro Se Litigant hereby acknowledges and agrees that _____ will provide only limited representation as contemplated by the Program and will have no other duties or responsibilities with respect to the representation of the Pro Se Litigant in this matter. Specifically, _____ will provide representation in connection with settlement proceedings in this case only and has no obligation to

conduct any discovery, to prepare or respond to any motions, or to appear for the Pro Se Litigant at the trial of this case.

5. The Pro Se Litigant also acknowledges that he/she will be required to pay a portion of the costs of mediation, including the mediator's fee, unless the Court determines that he/she is indigent or has reached some other agreement with the other party or parties to his/her case regarding payment of these costs.

6. With the appointment of _____ by the Court, the case will be ready to proceed through the Program.

WHEREFORE, the Pro Se Litigant and _____ respectfully request that the Court enter an Order appointing _____ to represent solely for the limited purpose of assisting said party in connection with settlement proceedings in this case with no obligation to conduct any discovery, to prepare or respond to any motions or for the trial of this case and ordering a settlement conference pursuant to the Program. The Pro Se Litigant and _____ also request that the Settlement Attorney's representation terminate following the completion of the settlement conference if an impasse is reported, or if settled, upon submission of settlement documents and closing of the case file.

Respectfully submitted, this  20th  day of  January, 2018 , _____.

s/_____
NC Bar #